Before STATE INDUSTRIAL BOARD, Respondent. JOHN ZOTT, Respondent, v. BRYANT GARAGE and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of the accident or that it arose out of or in the course of the employment. All concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1925.

In the Matter of the Claim of FRANK RAYMOND, Respondent, against THE ESTATE OF ANDREW DAVIS, Deceased, Appellant.

*Surrogate's Court — motions and orders — review of order is by appeal in absence of new facts.*

Appeal from an order of the Surrogate's Court of the county of Chautauqua, dated March 7, 1925, and entered in the office of said Surrogate's Court on May 1, 1925, granting claimant's motion to vacate and set aside a stipulation heretofore made by the claimant. A similar motion made by the claimant to vacate said stipulation was denied by the Surrogate's Court on April 5, 1921, from which no appeal was taken.

PER CURIAM: The motion is to all effects the same as that made before the surrogate in April, 1921, which was then denied. The remedy of claimant if aggrieved by the order of April 5, 1921, was to appeal therefrom. This was not done. The orderly administration of justice forbids a later review of the matters then determined in the absence of new facts and no new facts are made to appear. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. Order of March 7, 1925, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. [See *post*, p. 852.]